FILED
CLERK U.S. DISTRICT COURT
SEP 2 2 2016
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA (WESTERN)

| | |
|---|---|
| OPERA GALLERY TRADING LTD., a Cyprus limited liability company; and NAJELL INVESTMENTS LTD., a Cyprus limited liability company, as trustee of THE GLOBAL ART PRIVATE TRUST, a Cyprus trust,<br><br>Plaintiffs,<br><br>vs.<br><br>GOLDEN TRADE FINE ART INC., a New York corporation; and GAILORD BOVRISSE, an individual; NATHALIE A. BIJU-DUVAL; RUBIN ASSOCIATES INTERNATIONAL, P.C., a New York professional corporation, and Does 3 through 10,<br><br>Defendants. | Case No.: 2:15-CV-00569-SVW (KSx)<br><br>SAC Filed: 07-27-2015<br>TAC Filed: 11-05-2015<br><br>[PROPOSED] JUDGMENT RE: DEFENDANTS, NATHALIE BIJU-DUVAL and RUBIN ASSOCIATES INTERNATIONAL, P.C.'S MOTION FOR SUMMARY JUDGMENT<br><br>Hearing Date: June 27, 2016 |

This action came on for hearing before the Court on June 27, 2016, the Honorable Stephen V. Wilson, District Judge Presiding, on a Motion for Summary Judgment brought by Defendants, NATHALIE BIJU-DUVAL and RUBIN ASSOCIATES INTERNATIONAL, P.C. After the evidence presented having been fully considered, the issues having been duly heard, and a decision having been duly rendered,

///

966-5345-0001

- 1 -

[PROPOSED] JUDGMENT RE:
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

**IT IS ORDERED AND ADJUDGED** that the Plaintiffs, OPERA GALLERY TRADING LTD., a Cyprus limited liability company; and NAJELL INVESTMENTS LTD., a Cyprus limited liability company, as trustee of THE GLOBAL ART PRIVATE TRUST, a Cyprus trust, take nothing as against Defendants, NATHALIE BIJU-DUVAL and RUBIN ASSOCIATES INTERNATIONAL, P.C., and the action be dismissed as against Defendants, NATHALIE BIJU-DUVAL and RUBIN ASSOCIATES INTERNATIONAL, P.C. on the merits, and that Defendants NATHALIE BIJU-DUVAL and RUBIN ASSOCIATES INTERNATIONAL, P.C. recover their costs.

DATED: 9/22/16

THE HONORABLE, STEPHEN V. WILSON
U.S. District Judge