David Paul Steiner (SBN 64638)
dpsartnetlaw@gmail.com
**DAVID STEINER & ASSOCIATES, PLC**
1801 Century Park East, Suite 1600
Los Angeles, California 90067
Telephone: (310) 557-8422
Facsimile: (310) 556-0336

Eugene Rome (SBN 232780)
erome@romeandassociates.com
Sridavi Ganesan (SBN 216129)
sganesan@romeandassociates.com
**ROME & ASSOCIATES, A.P.C.**
2029 Century Park East, Suite 450
Los Angeles, CA 90067
Telephone: 310-282-0690
Facsimile: 310-282-0691

Attorney for Plaintiffs OPERA GALLERY TRADING, LTD. and NAJELL INVESTMENTS LTD., as trustee for THE GLOBAL ART PRIVATE TRUST

FILED
CLERK U.S. DISTRICT COURT
SEP 22 2016
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERA GALLERY TRADING LTD., a Cyprus limited liability company; and NAJELL INVESTMENTS LTD., a Cyprus limited liability company, as trustee of THE GLOBAL ART PRIVATE TRUST, a Cyrus trust,<br><br>Plaintiffs,<br><br>vs.<br><br>GOLDEN TRADE FINE ART INC., a New York corporation; GAILORD BOVRISSE, an individual; NATHALIE A. BIJU-DUVAL, an individual; RUBIN ASSOCIATES INTERNATIONAL, P.C., a New York professional corporation; and Does 3 through 10,<br><br>Defendants. | Case No. 2:15-cv-00569-SVW-KLS<br><br>[Assigned to: Hon. Stephen V. Wilson]<br><br>[~~PROPOSED~~] JUDGMENT |

[PROPOSED] JUDGMENT

## JUDGMENT

On July 28, 2015, the Court entered an order granting Plaintiffs Opera Gallery Trading Ltd. and Najell Investments Ltd., as trustee of The Global Art Private Trust, (collectively, "Plaintiffs") motion for summary judgment against defendants Golden Trade Fine Art Inc. and Gailord Bovrisse (collectively, "Golden Trade Defendants") as to Plaintiffs' claims for rescission, breach of contract and conversion.

On June 30, 2016, the Court granted summary judgment in favor of defendants Nathalie Biju-Duval and Rubin Associates International, Inc. (collectively, "RAI Defendants") and against Plaintiffs with respect to Plaintiffs' claim for aiding and abetting a conversion.

On September 8, 2016, the Court granted Plaintiffs application for entry of default judgment by the Court against the Golden Trade Defendants as to Plaintiffs' claim for violation of California Penal Code section 496 and request for attorneys' fees and costs.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED:**

Judgment is hereby entered in favor of Plaintiffs against Golden Trade Fine Art, Inc., and Gailord Bovrisse, jointly and severally, on Plaintiffs' claims for recession, breach of contract, conversion, and violation of California Penal Code section 496.

Plaintiffs' remaining claims for unjust enrichment/money had and received and negligent misrepresentation are hereby dismissed pursuant to Plaintiffs' request.

Accordingly, Plaintiffs are awarded attorneys' fees in the amount of $123,225.75; costs in the amount of $8,416.28 pursuant to Local Rule 55-3; and $2,400,000 in treble damages.

Judgment is hereby entered in favor of the RAI Defendants against Plaintiffs with respect to Plaintiffs' claim for Aiding and Abetting Conversion.

Plaintiffs shall take nothing from the RAI Defendants.

IT IS SO ORDERED, this 22nd day of September, 2016.

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE